**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00205-CV**
_____

**OBERHEIDEN LAW GROUP, PLLC, NICK OBERHEIDEN, OBERHEIDEN, P.C., AND OBERHEIDEN & MCMURREY, LP, Appellants**

**V.**

**CORROSION RESISTANT SOLUTIONS, INC., ET AL, Appellees**

**On Appeal from the 58th District Court**
**Jefferson County, Texas**
**Trial Cause No. A-202,825**

**MEMORANDUM OPINION**

Oberheiden Law Group, PLLC, Nick Oberheiden, Oberheiden, P.C., and Oberheiden & McMurrey, LP, appellants, filed an unopposed motion to dismiss this accelerated appeal with prejudice. When, as here, the appellants move to dismiss, the Court may dismiss the appeal "unless such disposition would prevent a party from seeking relief to which it would otherwise be entitled." Tex. R. App. P.

42.1(a)(1). On this record, the exception in Rule 42.1 does not apply. The Court grants the motion and dismisses the appeal. *See* Tex. R. App. P. 43.2(f).

APPEAL DISMSSED.

PER CURIAM

Submitted on May 4, 2021
Opinion Delivered October 28, 2021

Before Golemon, C.J., Kreger and Horton, JJ.